1  FISHER & PHILLIPS LLP
   MARK RICCIARDI, ESQ.
2  Nevada Bar No. 3142
   ALLISON L. KHEEL, ESQ.
3  Nevada Bar No. 12986
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, NV  89101
   Telephone:  (702) 862-3817
6  Facsimile:  (702) 252-7411
7  E-Mail Address:  akheel@fisherphillips.com
8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-00978-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (THIRD REQUEST)** |
| vs. | |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant shall have an extension of time up to and including **July 31, 2017,** to respond to the Complaint on file herein. The parties continue to explore the possibility of settlement and need further time to review their respective positions. Defendant is in the process of evaluating and examine each of the 14 locations cited in the 14 different cases, which the parties are working on a stipulation to consolidate for the ease of the Court and the parties going forward.  The parties anticipate that these site evaluations will be completed by June 30, 2017 and Defendant will be able to make

/ / /

/ / /

/ / /

FPDOCS 33016868.1

- 1 -

a formal settlement proposal within the first week of July.  This is the third request for an extension of time to respond to the Complaint.

DATED this 27th day of June, 2017

FISHER & PHILLIPS LLP

By: /s/Allison L. Kheel, Esq.
Mark Ricciardi, Esq.
Allison L. Kheel, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada  89101
Attorneys for Defendant

DATED this 27th day of June, 2017

THE WILCHER FIRM

By: /s/Whitney C. Wilcher, Esq.
Whitney C. Wilcher, Esq.
8465 West Sahara Ave.
Suite 111-236
Las Vegas, NV 89117
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____June 29, 2017_____